UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.A. and L.Y., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:26-cv-02921-TWT |
| KHUSHAL HOSPITALITY, LLC, KHUSHAL HOSPITALITY MANAGER, LLC, and JOHN DOES 1-5, | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiffs and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiffs as H.A. and L.Y., with no other identifying information. The Court further ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for any party as a victim of sex trafficking or

suspected victims of sex trafficking and Plaintiffs' family members shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiffs shall privately disclose their name to Defendants. Defendants shall be able to conduct discovery using Plaintiffs' or witnesses' names. But for any publicly filed documents, the names of Plaintiffs, all witnesses identified or suspected of being sex trafficking victims, and Plaintiffs' family members shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this _____ day of _____, 2026.

_____
Thomas W. Thrash, Jr.
United States District Court Judge

2