AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-cv-02921**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Khushal Hospitality, LLC, c/o Nilesh K. Patel**
was received by me on  **5/27/2026:**

☐   I personally served the **SUMMONS; PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND  CORPORATE DISCLOSURE STATEMENT; COMPLAINT; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Nilesh K. Patel**, who is designated by law to accept service of process on behalf of **Khushal Hospitality, LLC, c/o Nilesh K. Patel** at **516 Cobblestone Dr NE, Atlanta, GA 30342** on **05/28/2026 at 8:54 AM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  05/28/2026

_____
*Server's signature*

**Cynara Armstrong**
*Printed name and title*

**7242 Misty Harbor Ct**
**Stone Mountain, GA 30087**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND  CORPORATE DISCLOSURE STATEMENT; COMPLAINT; CIVIL COVER SHEET,  to Nilesh K. Patel who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Middle Eastern male contact 25-35 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with an accent.**




Tracking #: **0225289758**

Georgia Certified Process Server

Cynara Armstrong

Cert. Date  11/08/2025

Exp. Date  11/08/2028

ID #   CPS#411

NON LAW ENFORCEMENT