## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

H.A. and L.Y.,                              )
                                            )
    Plaintiffs,                           )
                                            )        CIVIL ACTION FILE
    v.                                    )        NO. 1:26-cv-2921-TWT
                                            )
KHUSHAL HOSPITALITY LLC,                    )
KHUSHAL HOSPITALITY                         )
MANAGER, LLC, and JOHN                      )
DOES 1-5,                                   )
                                            )
    Defendants.                           )

## DEFENDANTS KHUSHAL HOSPITALITY, LLC AND KHUSHAL HOSPITALITY MANAGER, LLC'S MOTION TO DISMISS CERTAIN CLAIMS

COME NOW, Defendant Khushal Hospitality, LLC and Khushal Hospitality Manager, LLC, (hereinafter "Defendants") in the above-styled action, and pursuant to FED. R. CIV. P. 12(b)(6), moves this Court to dismiss Plaintiffs' claims for statutory liability under 18 U.S.C. § 2255 public nuisance, public nuisance *per se*, punitive damages and attorneys' fees, because Plaintiffs have failed to sufficiently state their claims upon which relief could be granted. In support of their Motion, Defendants have filed, contemporaneously herewith, their Brief In Support of their Motion to Dismiss.

-2-

Respectfully submitted, this 18th day of June, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Kori E. Wagner*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Kori E. Wagner*
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of June, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing ***Defendant Khushal Hospitality, LLC and Khushal Hospitality Manager, LLC's Motion to Dismiss Certain Claims*** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Kori E. Wagner*
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4931-9942-7766, v. 2

-4-