# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| H.A. and L.Y., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:26-cv-2921-TWT |
| | ) | |
| KHUSHAL HOSPITALITY LLC, | ) | |
| KHUSHAL HOSPITALITY | ) | |
| MANAGER, LLC, and JOHN | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS KHUSHAL HOSPITALITY, LLC AND KHUSHAL HOSPITALITY MANAGER, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendant Khushal Hospitality, LLC and Khushal Hospitality Manager, LLC, (hereinafter "Defendants") by and through the undersigned counsel, and pursuant to Northern District of Georgia Local Rule 3.3, submits this Certificate of Interested Persons and Corporate Disclosure Statement by showing the Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff H.A.;

- Plaintiff L.Y.;

- Defendant Khushal Hospitality, LLC;

- Defendant Khushal Hospitality Manager, LLC;

- Virginia Avenue Hospitality Manager, LLC;

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiffs' counsel's firm Andersen, Tate, & Carr, P.C.;

- Plaintiffs' counsel Patrick J. McDonough;

- Plaintiffs' counsel Tyler Dillard;

- Plaintiffs' counsel Jonathan S. Tonge;

- Plaintiffs' counsel Jennifer M. Webster

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

-3-

Plaintiffs:     Patrick McDonough
           Tyler Dillard
           Jonathan S. Tonge
           Jennifer M. Webster
           1960 Satellite Boulevard, Suite 400
           Duluth, Georgia 30097
           Tel: 770.822.0900

Defendants:

           Kori E. Wagner, Esq.
           Marissa H. Merrill, Esq.
           Tracy A. Gilmore, Esq.
           1420 Peachtree Street, NE, Suite 800
           Atlanta, Georgia 30309
           Tel: 404.874.8800

Respectfully submitted, this 18th day of June, 2026.

           SWIFT, CURRIE, McGHEE & HIERS

         By: ***/s/ Marissa H. Merrill***
           KORI E. WAGNER
           Georgia Bar No.: 155438
           MARISSA H. MERRILL
           Georgia Bar No. 216039
           TRACY A. GILMORE
           Georgia Bar No. 633193
           *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-4-

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of June, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing *Defendant Khushal Hospitality, LLC and Khushal Hospitality Manager, LLC's Certificate of Interested Persons and Corporate Disclosure Statement* by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4898-2053-6502, v. 1

-5-