**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A. and L.Y., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:26-cv-2921-TWT |
| | ) | |
| KHUSHAL HOSPITALITY LLC, | ) | |
| KHUSHAL HOSPITALITY | ) | |
| MANAGER, LLC, and JOHN | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR
DEFENDANT**

_____

COME NOW, MARISSA H. MERRILL and TRACY A. GILMORE of the

law firm of Swift, Currie, McGhee & Hiers, LLP and file this notice of appearance

as additional counsel of record for Defendants KHUSHAL HOSPITALITY, LLC

and KHUSHAL HOSPITALITY MANAGER, LLC. Kori E. Wagner of Swift,

Currie, McGhee & Hiers, LLP will remain as lead counsel for the Defendants.  It is

requested that the Clerk of the Court and all parties and their counsel send all

future pleadings, orders, and notices as follows:

Kori E. Wagner
Marissa H. Merrill

-2-

Tracy A. Gilmore
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

Respectfully submitted, this 25th day of June, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
By:  */s/ Tracy A. Gilmore*
     KORI E. WAGNER
     Georgia Bar No.: 155438
     MARISSA H. MERRILL
     Georgia Bar No. 216039
     TRACY A. GILMORE
     Georgia Bar No. 633193
     *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-2-

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*

By:  */s/ Tracy A. Gilmore*
     KORI E. WAGNER
     Georgia Bar No.: 155438
     MARISSA H. MERRILL
     Georgia Bar No. 216039
     TRACY A. GILMORE
     Georgia Bar No. 633193
     *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of June, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing *Notice of Appearance of Additional Counsel for Defendants* by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
By:  */s/ Tracy A. Gilmore*
    KORI E. WAGNER
    Georgia Bar No.: 155438
    MARISSA H. MERRILL
    Georgia Bar No. 216039
    TRACY A. GILMORE
    Georgia Bar No. 633193
    *Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4927-2350-8920, v. 1