UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.A. and L.Y.,

      Plaintiffs,

v.

KHUSHAL HOSPITALITY, LLC,
KHUSHAL HOSPITALITY
MANAGER, LLC, and
JOHN DOES 1-5,

      Defendants.

CIVIL ACTION FILE

NO. 1:26-cv-02921-TWT

**CERTIFICATE OF SERVICE**

This is to certify that on July 24, 2026, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiffs' First Request for Admission to Defendant Khushal Hospitality, LLC; Plaintiffs' First Continuing Interrogatories to Defendant Khushal Hospitality, LLC; Plaintiffs' First Request for Production of Documents to Defendant Khushal Hospitality, LLC; Plaintiffs' First Request for Admission to Defendant Khushal Hospitality Manager, LLC; Plaintiffs' First Continuing Interrogatories to Defendant Khushal Hospitality Manager, LLC and Plaintiffs' First Request for Production of Documents to Defendant Khushal Hospitality Manager, LLC upon all counsel of record via electronic mail.

[*Signatures on following page.*]

Respectfully submitted on July 24, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler A. Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler A. Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile