**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| H.A. and L.Y., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:26-cv-02921-TWT |
| KHUSHAL HOSPITALITY, LLC, KHUSHAL HOSPITALITY MANAGER, LLC, and JOHN DOES 1-5 | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

This is to certify that on July 28, 2026, Plaintiffs' counsel served a true and correct copy of Plaintiffs' Initial Disclosures and document production, bates labeled Plaintiff 00001-04788 upon all counsel of record via electronic mail.

Respectfully submitted on July 28, 2026.

[*Signature on following page.*]

ANDERSEN, TATE & CARR, P.C.

/s/ Tyer A. Dillard
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
Attorneys for Plaintiffs

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler A. Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile