**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A. and L.Y., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:26-cv-02921-TWT |
| | ) | |
| KHUSHAL HOSPITALITY LLC, | ) | |
| KHUSHAL HOSPITALITY | ) | |
| MANAGER, LLC, and JOHN | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 5.4 CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system and served via electronic transmission this Certificate of Service showing ***DEFENDANT KHUSHAL HOSPITALITY LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES; FIRST REQUEST FOR PRODUCTION OF DOCUMENTS and FIRST REQUEST FOR ADMISSIONS and DEFENDANT KHUSHAL HOSPITALITY MANAGER LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES; FIRST REQUEST FOR PRODUCTION OF DOCUMENTS and FIRST REQUEST***

***FOR ADMISSIONS TO DEFENDANT*** were served upon all parties to this matter by statutory electronic service/electronic mail:

**ANDERSON, TATE & CARR, P.C.**
Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler Dillard
tdillard@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Attorneys for Plaintiffs

One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097

This 1st day of October, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By: */s/ Tracy A. Gilmore*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4916-2249-7749, v. 1