**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A. and L.Y., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:26-cv-02921-TWT |
| | ) | |
| KHUSHAL HOSPITALITY LLC, | ) | |
| KHUSHAL HOSPITALITY | ) | |
| MANAGER, LLC, and JOHN | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that on October 14, 2026, I served true and correct copies of the following:

1. **Defendant Khushal Hospitality, LLC's First Interrogatories to Plaintiff H.A.;**

2. **Defendant Khushal Hospitality, LLC's First Interrogatories to Plaintiff L.Y.;**

3. **Defendant Khushal Hospitality, LLC's First Request for Production of Documents to Plaintiff H.A.; and**

4. **Defendant Khushal Hospitality, LLC's First Request for Production of Documents to Plaintiff L.Y.;**

amongst all parties via electronic transmission and electronically file this Certificate of Service of Discovery with the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

This 14th day of October, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *__/s/ Marissa H. Merrill__*
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No 633193
*Attorneys for Defendants*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

This 14th day of October, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: */s/ Marissa H. Merrill*

Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendants*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4933-8278-6008, v. 1