UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.A. and L.Y.,

Plaintiffs,

v.

KHUSHAL HOSPITALITY, LLC,
KHUSHAL HOSPITALITY
MANAGER, LLC, and
JOHN DOES 1-5,

Defendants.

CIVIL ACTION FILE

NO. 1:26-cv-02921-TWT

**JOINT NOTICE OF SETTLEMENT**

NOW COME Plaintiffs and Defendants, by and through the undersigned counsel, and hereby notify the Court that they have reached a settlement resolving all claims and defenses in this action. The parties are in the process of consummating the settlement and anticipate filing appropriate dismissal papers within 30 days.

Respectfully submitted this 15th day of October, 2026.

**ANDERSEN, TATE, & CARR, P.C.**

*/s/ Tyler Dillard*
Tyler Dillard
Georgia Bar No. 115229
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
E: tdillard@atclawfirm.com
**Attorney for Plaintiffs**

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
E: kori.wagner@swiftcurrie.com
**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this day I filed a true and correct copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

Respectfully submitted this 15th day of October, 2026.

*/s/ Tyler Dillard*
Tyler Dillard
Georgia Bar No. 115229