**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| H.A, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KHUSHAL HOSPITALITY MANAGER, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:26-CV-02921-TWT |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 21]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 16th day of October, 2026.

Thomas W. Thrash

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE