**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

H.A. and L.Y.,

Plaintiffs,

v.

KHUSHAL HOSPITALITY, LLC, KHUSHAL HOSPITALITY MANAGER, LLC and JOHN DOES 1-5,

Defendants.

CIVIL ACTION FILE NO. 1:26-CV-02921-TWT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by either party are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses. The Parties further stipulate that the Clerk of Court may close this case.

Respectfully submitted this 9th day of November, 2026,

**ANDERSEN, TATE, & CARR, P.C.**

*/s/ Tyler A. Dillard*
Tyler A. Dillard
Georgia Bar No. 115229
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
E: tdillard@atclawfirm.com
**Attorney for Plaintiffs**

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309-4347
Tel: (404) 874-8800
E: kori.wagner@swiftcurrie.com
**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 9th day of November, 2026.

*/s/ Tyler A. Dillard*
Tyler A. Dillard
Georgia Bar No. 115229